IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVE ALLEN PRITCHARD                                                    PETITIONER
Reg. #18508-033

v.                              2:25-cv-00034-JM-JJV

FRANCENE HELAIRE, Acting Warden;
FCI FORREST CITY                                                         RESPONDENT

## ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7), Petitioner's Supplemental Authority (Dkt. No. 10), and Petitioner's objections (Dkt. No. 11). After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects.

Therefore, the Petition (Dkt. No. 1) is dismissed without prejudice, and this case is closed.

It is so ordered this 8th day of May, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE