### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

STEVE ALLEN PRITCHARD                                              PETITIONER
Reg. #18508-033


v.                                    2:25-cv-00034-JM-JJV


FRANCENE HELAIRE, Acting Warden;
FCI FORREST CITY                                                   RESPONDENT


## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice. The relief sought is denied. The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the order

adopting this recommendation and accompanying judgment would not be taken in good faith.

It is so ordered this 8th day of May, 2025.


_____
James M. Moody Jr.
United States District Judge